| | |
|---|---|
| Trenton R. Kashima (SBN 291405)<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>401 West C St., Suite 1760<br>San Diego, CA 92101<br>Telephone: (714) 651-8845<br>tkashima@milberg.com | Matthew W. Turetzky (SBN 280997)<br>COINBASE, INC.<br>248 3rd Street, #434<br>Oakland, CA 94607<br>(510) 256-9629<br>matt.turetzky@coinbase.com |
| Julie C. Erickson (SBN 293111)<br>Elizabeth A. Kramer (SBN 293129)<br>Kevin M. Osborne (SBN 261367)<br>ERICKSON KRAMER OSBORNE LLP<br>44 Tehama Street<br>San Francisco, California 94105<br>Telephone: (415) 635-0631<br>julie@eko.com | *Attorneys for Defendants*<br><br>COINBASE GLOBAL, INC. and<br>COINBASE, INC. |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY PEARL and ERIC VLADIMIRSKY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COINBASE GLOBAL, INC. and COINBASE, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:22-cv-3561<br><br>**STIPULATION RE TIME TO ANSWER COMPLAINT**<br><br>Sr. District Judge Maxine M. Chesney |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Larry Pearl and Eric Vladimirsky and Defendants Coinbase Global, Inc. and Coinbase, Inc., by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 24, 2022, Plaintiffs served the Complaint on the Defendants;

WHEREAS, Defendants' offices are closed for a companywide holiday from July 4 through July 8, 2022;

WHEREAS, Defendants have not yet retained outside counsel in this matter;

WHEREAS, the parties have met and conferred and agreed that Defendants may have an extension of time of thirty days to respond to Plaintiffs' Complaint; and,

WHEREAS, pursuant to this Stipulation, the new deadline for Defendants to respond to Plaintiffs' Complaint is August 15, 2022;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:  Defendants shall have until August 15, 2022 to respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.

Dated:  July 6, 2022                         ERICKSON KRAMER OSBORNE LLP

                                             By  */s/ Julie C. Erickson*
                                                 Julie C. Erickson
                                                 Attorneys for Plaintiffs


Dated:  July 6, 2022                         COINBASE GLOBAL, INC. and COINBASE, INC.

                                             By  */s/ Matthew W. Turetzky*
                                                 Matthew W. Turetzky
                                                 Associate General Counsel, Litigation
                                                 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY PEARL and ERIC VLADIMIRSKY, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>COINBASE GLOBAL, INC. and COINBASE, INC.,<br><br>  Defendants. | Case No. 3:22-cv-3561<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on July 6, 2022, I served by electronic mail the following document(s) to Matthew W. Turetzky (matt.turetzky@coinbase.com), Associate General Counsel for Defendants Coinbase Global, Inc. and Coinbase, Inc.:

**STIPULATION RE TIME TO ANSWER COMPLAINT**

Dated this July 6, 2022.

/s/ Julie C. Erickson

Julie C. Erickson
**Erickson Kramer Osborne LLP**
44 Tehama St
San Francisco, CA 94105
Phone: 415-635-0631
Email: julie@eko.law
*Counsel for Plaintiffs*