# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 16, 2022     **Time:** 11:20 - 11:39     **Judge:** MAXINE M. CHESNEY
= 19 minutes

**Case No.:** 22-cv-03561-MMC     **Case Name:** Larry Pearl et al v. Coinbase Global, Inc., et al

**Attorney for Plaintiff:** Elizabeth Kramer, Julie Erickson, Trenton Kashima
**Attorney for Defendant:** Meredith Dearborn, Randall Luskey

**Deputy Clerk:** Tracy Geiger                    **Zoom Recording**

## PROCEEDINGS

**Initial Case Management Conference - hearing held by Zoom.**

**Case continued to: December 9, 2022 at 9:00 a.m. for Defendants' Motion to Compel Arbitration and Stay Proceedings**

**Case continued to: February 24, 2023 at 10:30 a.m. for Further Case Management Conference**

**Joint Case Management Conference Statement due: February 17, 2023**