Julie C. Erickson (SBN 293111)
Elizabeth A. Kramer (SBN 293129)
Kevin M. Osborne (SBN261367)
**ERICKSON KRAMER OSBORNE LLP**
44 Tehama Street
San Francisco, CA 94105
Tel: (415) 635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

Trenton R. Kashima (SBN 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (212) 946-9389
tkashima@milberg.com

[Additional counsel listed on signature page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY PEARL and ERIC VLADIMIRSKY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE GLOBAL, INC. and COINBASE INC.,<br><br>Defendants. | Case No.: 3:22-cv-3561-MMC<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>**[N.D. CAL. CIV. L.R. 7-3(D)(2)]**<br><br>Date:     December 9, 2022<br>Time:    9:00 a.m.<br>Dept.    Courtroom 7, 19th Floor<br>Judge:   Hon. Maxine M. Chesney |

PLAINTIFFS' STATEMENT OF RECENT DECISION [N.D. CAL. CIV. L.R. 7-3(D)(2)]

**TO THE COURT AND EACH PARTY AND THE ATTORNEYS OF RECORD FOR EACH PARTY:**

Pursuant to Northern District of California Civil Local Rule 7-3(d)(2), Plaintiffs provide this Statement of Recent Decision in advance of the hearing on Defendants Coinbase Global, Inc. and Coinbase, Inc.'s Motion to Compel Arbitration and Stay Proceedings [Dkt. 30], scheduled for December 9, 2022.

Attached hereto as **Exhibit 1** is a copy of the judicial opinion from the California Court of Appeal in the matter *Mills v. Facility Solutions Group, Inc.*, No. B313943, --- Cal. Rptr.3d ---- (2022), 2022 WL 16569298 (Cal. Ct. App. Nov. 1, 2022), affirming the trial court's denial of the defendant's motion to compel arbitration.

The judicial opinion cited above is relevant to several issues raised by Plaintiffs in their opposition to the motion to compel arbitration [Dkt. 38]. Plaintiffs' opposition was filed on October 17, 2022, prior to the publication of the opinion in *Mills* on November 1, 2022.

Dated this November 30, 2022.              Respectfully Submitted,

/s/ *Julie C. Erickson*

Julie Erickson (SBN 293111)
Elizabeth Kramer (SBN 293129)
Kevin Osborne (SBN 261367)
**ERICKSON KRAMER OSBORNE, LLP**
44 Tehama Street
San Francisco, CA  94105
Tel:  (415) 635-0631
julie@eko.law

Trenton R. Kashima
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
401 West C. St., Suite 1760
San Diego, CA  92101
Tel:  714-651-8845
tkashima@milberg.com

Nick Suciu, *admitted pro hac vice*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

PLAINTIFFS' STATEMENT OF RECENT DECISION [N.D. CAL. CIV. L.R. 7-3(D)(2)]
1

6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
Email: nsuciu@milberg.com

Gary Klinger, *admitted pro hac vice*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878
Email: gklinger@milberg.com

*Attorneys for Plaintiffs Larry Pearl and Eric Vladimirsky*

PLAINTIFFS' STATEMENT OF RECENT DECISION [N.D. CAL. CIV. L.R. 7-3(D)(2)]
2