IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PEARL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COINBASE GLOBAL, INC., et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-03561-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

　　　Before the Court is defendants' "Motion to Compel Arbitration and Stay Proceedings," filed September 12, 2022.  Plaintiffs have filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for December 9, 2022.

　　　**IT IS SO ORDERED.**

Dated: December 6, 2022

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge