MEREDITH R. DEARBORN (SBN 268312)
mdearborn@paulweiss.com
RANDALL SCOTT LUSKEY (SBN 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: 628-432-5100
Facsimile: 628-232-3101

Attorneys for Defendants
COINBASE GLOBAL, INC. and COINBASE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY PEARL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COINBASE GLOBAL, INC. and COINBASE, INC.,<br><br>Defendants. | Case No. 3:22-cv-03561-MMC<br><br>**DECLARATION OF MEREDITH R. DEARBORN IN SUPPORT OF DEFENDANTS COINBASE GLOBAL, INC.'S AND COINBASE, INC.'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date: July 12, 2024<br>Time: 9:00 am<br>Dept.: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

I, Meredith R. Dearborn, declare as follows:

1. I am a partner with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Defendants Coinbase Global, Inc. and Coinbase, Inc. ("Coinbase") in this action. I make this declaration based on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. I submit this declaration in support of Coinbase's Motion to Stay Discovery Pending Resolution of Coinbase's Motion to Dismiss and Motion to Strike Class Allegations.

3. Attached as **Exhibit A** is a true and correct copy of Plaintiff's Requests for Production of Documents Set One to Defendants. Plaintiff emailed these document requests on May 3, 2024.

4. Attached as **Exhibit B** is a true and correct copy of Plaintiff's Interrogatories to Defendant Coinbase Global, Inc., Set One. Plaintiff emailed these interrogatories on May 7, 2024.

5. Attached as **Exhibit C** is a true and correct copy of Plaintiff's Interrogatories to Defendant Coinbase, Inc., Set One. Plaintiff emailed these interrogatories on May 7, 2024.

6. Defendants met and conferred with Plaintiff on the parties' joint case management statement on May 8, 2024. During that conference, Coinbase informed Plaintiff that it would be filing its Motion to Dismiss Plaintiff's Second Amended Complaint and Motion to Strike Class Allegations the next day, and asked whether Plaintiff would agree to hold their recently served discovery requests in abeyance until after the Motions were decided. Plaintiff did not agree, but requested that Coinbase propose a "middle ground" of some limited discovery to be conducted in the interim.

7. At Plaintiff's request, on May 14, Coinbase proposed a compromise that would move some discovery tasks forward during the pendency of the Motion to Dismiss and Motion to Strike, including service of initial disclosures, the negotiation of a protective order, and production of certain categories of documents. Plaintiff did not agree. Plaintiff also did not propose a counteroffer, instead writing: "We will keep an eye out for your motion to stay."

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct and that this Declaration was executed on May 22nd, 2024, in San Francisco,
3   California.

           /s/ Meredith R. Dearborn
           Meredith R. Dearborn