IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PEARL, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COINBASE GLOBAL, INC., et al.,<br><br>  Defendants. | Case No. 22-cv-03561-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of defendants' pending Motion to Dismiss, filed September 16, 2024, the Case Management Conference currently scheduled for May 9, 2025, is hereby CONTINUED to August 15, 2025, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than August 8, 2025.

**IT IS SO ORDERED.**

Dated: May 2, 2025

MAXINE M. CHESNEY
United States District Judge